UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CILA, SHANNON GREER     PETITIONER/DEFENDANT

v.     CIVIL ACTION NO. 3:22CV-155-CRS

COMMONWEALTH OF KENTUCKY     RESPONDENT/PLAINTIFF

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant "petition to stay the lower court and leave to file notice of removal" is **DISMISSED**.

There being no just reason for delay in its entry, this is a **final** Order.

Date: March 16, 2022

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Petitioner/Defendant, *pro se*
       Clerk, Oldham District Court (20-M-347)
4411.010